**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

In re: PAK, MAXIMILIAN H.                      §   Case No. 16-25193-ABG
                                               §
                                               §
Debtor(s)                                      §

### TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under Chapter 7 of the United States Bankruptcy Code
was filed on August 05, 2016.  The undersigned trustee was appointed on August 05, 2016.

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to
the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned
pursuant to 11 U.S.C. § 554.  An individual estate property record and report showing the
disposition of all property of the estate is attached as **Exhibit A.**

4.  The trustee realized the gross receipts of            $            6,800.00

                  Funds were disbursed in the following amounts:
                  Payments made under an
                    interim distribution                              0.00
                  Administrative expenses                           218.53
                  Bank service fees                                  30.25
                  Other payments to creditors                         0.00
                  Non-estate funds paid to 3rd Parties                0.00
                  Exemptions paid to the debtor                       0.00
                  Other payments to the debtor                        0.00

                  Leaving a balance on hand of[1]   $            6,551.22
The remaining funds are available for distribution.

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank
account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest
earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may
receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on
account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6.  The deadline for filing  non-governmental claims in this case was 04/19/2018
and the deadline for filing governmental claims was 02/01/2017.  All claims of each class
which will receive a distribution have been examined and any objections to the allowance
of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any
claim is not being made, is attached as **Exhibit C** .

7. The Trustee's proposed distribution is attached as **Exhibit D** .

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is
$1,430.00.  To the extent that additional interest is earned before case closing, the maximum
compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the
sum of $1,430.00, for a total compensation of $1,430.00.[2] In addition, the trustee
received reimbursement for reasonable and necessary expenses in the amount of $0.00
and now requests reimbursement for expenses of $0.00, for total expenses of
$0.00.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the
foregoing report is true and correct.

Date: 09/05/2018            By:/s/ILENE F. GOLDSTEIN
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction
Act exemption 5 C.F.R. §1320.4(a)(2) applies.

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph
may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 16-25193-ABG | **Trustee:** (330290) ILENE F. GOLDSTEIN |
| **Case Name:** PAK, MAXIMILIAN H. | **Filed (f) or Converted (c):** 08/05/16 (f) |
| | **§341(a) Meeting Date:** 09/15/16 |
| **Period Ending:** 09/05/18 | **Claims Bar Date:** 04/19/18 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Cash<br>Imported from original petition Doc# 1 | 20.00 | 20.00 | | 0.00 | FA |
| 2 | Deposits of money: Chase Bank Account number end<br>Imported from original petition Doc# 1 | 204.42 | 4.42 | | 0.00 | FA |
| 3 | Deposits of money: Chase Bank Account number end<br>Imported from original petition Doc# 1 | 334.22 | 234.22 | | 0.00 | FA |
| 4 | iPhone 6 Plus<br>Imported from original petition Doc# 1 | 585.00 | 585.00 | | 0.00 | FA |
| 5 | Men's clothing<br>Imported from original petition Doc# 1 | 500.00 | 0.00 | | 0.00 | FA |
| 6 | West Coast Life Insurance Company<br>Term Policy<br>Po<br>Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 7 | Ret. or Pension Acct.: Chase<br>Account number endi<br>Imported from original petition Doc# 1 | 5,210.72 | 0.00 | | 0.00 | FA |
| 8 | Other amounts someone owes you<br>Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 9 | Claims against any other guarantors of commercia<br>Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 10 | 2010 Mercedes-Benz E350, 81892 miles, Estimated<br>Imported from original petition Doc# 1 | 14,000.00 | 5,514.00 | | 6,800.00 | FA |
| 11 | Other amounts Some one owes you  (See Footnote) | 8,085.06 | 8,085.06 | | 0.00 | FA |
| **11** | **Assets**    **Totals** (Excluding unknown values) | **$28,939.42** | **$14,442.70** | | **$6,800.00** | **$0.00** |

RE PROP# 11    This claim was settled in the Agreement in Docket Entries 21 and 26

**Major Activities Affecting Case Closing:**

STATUS jANUARY 2018:  Settled an asset dispute and recovered a 2010 Mercedes. The Trustee is currently working on a settlement agreement. involving the Car and possible moneys owed. Hiring auctioneer, preparing settlement and sale motions

Exhibit A

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 16-25193-ABG | **Trustee:** (330290)  ILENE F. GOLDSTEIN |
| **Case Name:** PAK, MAXIMILIAN H. | **Filed (f) or Converted (c):** 08/05/16 (f) |
| | **§341(a) Meeting Date:** 09/15/16 |
| **Period Ending:** 09/05/18 | **Claims Bar Date:** 04/19/18 |

| 1<br><br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br><br>Petition/<br>Unscheduled<br>Values | 3<br><br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br><br>Property<br>Abandoned<br>OA=§554(a) | 5<br><br>Sale/Funds<br>Received by<br>the Estate | 6<br><br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):**   August 31, 2018      **Current Projected Date Of Final Report (TFR):**   December 31, 2018

Exhibit B

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 16-25193-ABG |
| **Case Name:** | PAK, MAXIMILIAN H. |
| **Taxpayer ID #:** | **-***6934 |
| **Period Ending:** | 09/05/18 |

| | |
|---|---|
| **Trustee:** | ILENE F. GOLDSTEIN (330290) |
| **Bank Name:** | Rabobank, N.A. |
| **Account:** | ******2166 - Checking Account |
| **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 06/01/18 | {10} | American Auction Assoc (Mubarak IbrahimBuyer) | Sale of personal property | 1129-000 | 6,800.00 | | 6,800.00 |
| 06/29/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,790.00 |
| 07/07/18 | 101 | AMERICAN AUCTION ASSOC. INC. | Auctioneer Expense | 3620-000 | | 218.53 | 6,571.47 |
| 07/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.25 | 6,561.22 |
| 08/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,551.22 |

| | Receipts | Disbursements | Balance |
|---|---|---|---|
| **ACCOUNT TOTALS** | 6,800.00 | 248.78 | $6,551.22 |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | 6,800.00 | 248.78 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | $6,800.00 | $248.78 | |

| | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **Checking # ******2166** | 6,800.00 | 248.78 | 6,551.22 |
| | $6,800.00 | $248.78 | $6,551.22 |

# E X H I B I T   C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** April 19, 2018

**Case Number:** 16-25193-ABG                    Page: 1                    **Date:** September 5, 2018
**Debtor Name:** PAK, MAXIMILIAN H.                                         **Time:** 05:14:30 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 200 | ILENE F. GOLDSTEIN<br>900 Skokie Blvd<br>Suite 128<br>Northbrook, IL 60062 | Admin Ch. 7 | | $1,430.00 | $0.00 | 1,430.00 |
| 200 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED<br>900 Skokie Blvd<br>Suite 128<br>Northbrook, IL 60062 | Admin Ch. 7 | | $3,500.00 | $0.00 | 3,500.00 |
| 200 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED<br>900 Skokie Blvd<br>Suite 128<br>Northbrook, IL 60062 | Admin Ch. 7 | | $99.15 | $0.00 | 99.15 |
| 1<br>620 | Kirby Limited Partnership d/b/a<br>Deerfield Square Limited Partnership,<br>Deerfield, IL 60015 | Unsecured | | $15,000.00 | $0.00 | 15,000.00 |

History: Details1-107/26/2018Claim #1 filed by Kirby Limited Partnership d/b/a,
Amount claimed: $15000.00 (ADI, EPoc )
------------------------------------------------------------------------------* * *

| | | | | | | |
|---|---|---|---|---|---|---|
| **<< Totals >>** | | | | 20,029.15 | 0.00 | 20,029.15 |

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 16-25193-ABG
Case Name: PAK, MAXIMILIAN H.
Trustee Name: ILENE F. GOLDSTEIN

**Balance on hand:**                            $          6,551.22

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:     $          0.00
Remaining balance:     $          6,551.22

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - ILENE F. GOLDSTEIN | 1,430.00 | 0.00 | 1,430.00 |
| Attorney for Trustee, Fees - LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | 3,500.00 | 0.00 | 3,500.00 |
| Accountant for Trustee, Expenses - LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | 99.15 | 0.00 | 99.15 |

Total to be paid for chapter 7 administration expenses:     $          5,029.15
Remaining balance:     $          1,522.07

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:     $          0.00
Remaining balance:     $          1,522.07

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 1,522.07 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 1,522.07 |

Tardily filed claims of general (unsecured) creditors totaling $ 15,000.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 10.1 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Kirby Limited Partnership d/b/a | 15,000.00 | 0.00 | 1,522.07 |

| | | |
|---|---|---|
| Total to be paid for tardy general unsecured claims: | $ | 1,522.07 |
| Remaining balance: | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00

Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**