UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ILLINOIS

In re:                                              )
                                                    )
**PAK, MAXIMILIAN H.**                              )   Bankruptcy Case No. 16-25193 ABG
                                                    )   Chapter 7
                                                    )
Debtor(s).                                          )

## CERTIFICATE OF SERVICE

      The undersigned certifies that on September 29, 2018, I served by prepaid first class mail a copy of the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR) on all parties listed below at the addresses contained therein.

      PAK, MAXIMILIAN H.
      1400 DERBY LANE
      MUNDELEIN, IL 60060


      ,

      LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED
      900 Skokie Blvd
      Suite 128
      Northbrook, IL 60062

      ILENE F. GOLDSTEIN
      900 Skokie Blvd
      Suite 128
      Northbrook, IL 60062

      LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED
      900 Skokie Blvd
      Suite 128
      Northbrook, IL 60062

1      Kirby Limited Partnership d/b/a
      Deerfield Square Limited Partnership,
      Deerfield, IL 60015

/s/ ILENE F. GOLDSTEIN

Chapter 7 Trustee
ILENE F. GOLDSTEIN, Trustee
900 Skokie Blvd
Suite 128
Northbrook, IL 60062
Phone: (847) 562-9595
Fax: (847) 564-8402