## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re: PAK, MAXIMILIAN H.   ) Case No. 16-25193
)
)
) Chapter  7
Debtor   )
)
Address 1400 DERBY LANE   )
MUNDELEIN, IL  60060   )

Last four digits of Social Security or Individual Tax-
payer Identification (ITIN) No(s).,(if any):_____ )
0727   )

Employer's Tax Identification (EIN) No(s).(if any):_____ )
_____ )

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
### REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
### AND APPLICATION TO BE DISCHARGED (TDR)

ILENE F. GOLDSTEIN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $14,939.42          Assets Exempt: $12,110.72
*(without deducting any secured claims)*

Total Distribution to Claimants: $1,522.07       Claims Discharged
Without Payment: $13,477.93

Total Expenses of Administration: $5,277.93

3) Total gross receipts of $ 6,800.00   (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00   (see **Exhibit 2**), yielded net receipts of $6,800.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 6,047.93 | 5,277.93 | 5,277.93 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 15,000.00 | 15,000.00 | 1,522.07 |
| **TOTAL DISBURSEMENTS** | $0.00 | $21,047.93 | $20,277.93 | $6,800.00 |

    4) This case was originally filed under Chapter 7 on August 05, 2016. The case was pending for 28 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/16/2018          By: /s/ILENE F. GOLDSTEIN
                                            Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2010 Mercedes-Benz E350, 81892 miles, Estimated | 1129-000 | 6,800.00 |
| **TOTAL GROSS RECEIPTS** | | **$6,800.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - ILENE F. GOLDSTEIN | 2100-000 | N/A | 1,430.00 | 1,430.00 | 1,430.00 |
| Attorney for Trustee Fees (Trustee Firm) - LAW OFFICES OF ILENE F. GOLDSTEIN, | 3110-000 | N/A | 4,270.00 | 3,500.00 | 3,500.00 |
| Accountant for Trustee Expenses (Trustee Firm) - LAW OFFICES OF ILENE F. GOLDSTEIN, | 3320-000 | N/A | 99.15 | 99.15 | 99.15 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Auctioneer for Trustee Expenses - AMERICAN AUCTION ASSOC. INC. | 3620-000 | N/A | 218.53 | 218.53 | 218.53 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | | | | |
|---|---|---|---|---|---|
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.25 | 10.25 | 10.25 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $6,047.93 | $5,277.93 | $5,277.93 |

### EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Kirby Limited Partnersh d/b/a Deerfield Square LTD | 7200-000 | N/A | 15,000.00 | 15,000.00 | 1,522.07 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $15,000.00 | $15,000.00 | $1,522.07 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 16-25193  
**Case Name:** PAK, MAXIMILIAN H.

**Period Ending:** 12/16/18

**Trustee:** (330290)   ILENE F. GOLDSTEIN  
**Filed (f) or Converted (c):** 08/05/16 (f)  
**§341(a) Meeting Date:** 09/15/16  
**Claims Bar Date:** 04/19/18

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) | | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| Ref. # | | | | | | |
| 1 | Cash<br>Imported from original petition Doc# 1 | 20.00 | 20.00 | | 0.00 | FA |
| 2 | Deposits of money: Chase Bank Account number end<br>Imported from original petition Doc# 1 | 204.42 | 4.42 | | 0.00 | FA |
| 3 | Deposits of money: Chase Bank Account number end<br>Imported from original petition Doc# 1 | 334.22 | 234.22 | | 0.00 | FA |
| 4 | iPhone 6 Plus<br>Imported from original petition Doc# 1 | 585.00 | 585.00 | | 0.00 | FA |
| 5 | Men's clothing<br>Imported from original petition Doc# 1 | 500.00 | 0.00 | | 0.00 | FA |
| 6 | West Coast Life Insurance Company<br>Term Policy<br>Po<br>Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 7 | Ret. or Pension Acct.: Chase<br>Account number endi<br>Imported from original petition Doc# 1 | 5,210.72 | 0.00 | | 0.00 | FA |
| 8 | Other amounts someone owes you<br>Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 9 | Claims against any other guarantors of commercia<br>Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 10 | 2010 Mercedes-Benz E350, 81892 miles, Estimated<br>Imported from original petition Doc# 1 | 14,000.00 | 5,514.00 | | 6,800.00 | FA |
| 11 | Other amounts Some one owes you  (See Footnote) | 8,085.06 | 8,085.06 | | 0.00 | FA |
| 11 | **Assets**   **Totals** (Excluding unknown values) | **$28,939.42** | **$14,442.70** | | **$6,800.00** | **$0.00** |

RE PROP# 11     This claim was settled in the Agreement in Docket Entrries 21 and 26

---

**Major Activities Affecting Case Closing:**

STATUS jANUARY 2018:  Settled an asset dispute and recovered a 2010 Mercedes. The Trustee is currently working on a settlement agreement. involving the Car and possible moneys owed. Hiring auctioneer, preparing settlement and sale motions

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 16-25193  
**Case Name:** PAK, MAXIMILIAN H.

**Trustee:**    (330290)    ILENE F. GOLDSTEIN  
**Filed (f) or Converted (c):** 08/05/16 (f)  
**§341(a) Meeting Date:** 09/15/16

**Period Ending:** 12/16/18

**Claims Bar Date:** 04/19/18

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):**    August 31, 2018    **Current Projected Date Of Final Report (TFR):**    December 31, 2018

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 16-25193  
**Case Name:** PAK, MAXIMILIAN H.  
**Taxpayer ID #:** **-***6934  
**Period Ending:** 12/16/18

**Trustee:** ILENE F. GOLDSTEIN (330290)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******2166 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans. Date | 2<br>{Ref #} / Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts $ | 6<br>Disbursements $ | 7<br>Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 06/01/18 | {10} | American Auction Assoc (Mubarak IbrahimBuyer) | Sale of personal property | 1129-000 | 6,800.00 | | 6,800.00 |
| 06/29/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,790.00 |
| 07/07/18 | 101 | AMERICAN AUCTION ASSOC. INC. | Auctioneer Expense | 3620-000 | | 218.53 | 6,571.47 |
| 07/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.25 | 6,561.22 |
| 08/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,551.22 |
| 10/29/18 | 102 | ILENE F. GOLDSTEIN | Dividend paid 100.00% on $1,430.00, Trustee Compensation; Reference: | 2100-000 | | 1,430.00 | 5,121.22 |
| 10/29/18 | 103 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | Dividend paid 100.00% on $3,500.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 3,500.00 | 1,621.22 |
| 10/29/18 | 104 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | Dividend paid 100.00% on $99.15, Accountant for Trustee Expenses (Trustee Firm); Reference: | 3320-000 | | 99.15 | 1,522.07 |
| 10/29/18 | 105 | Kirby Limited Partnershd/b/a Deerfield Square LTD | Dividend paid 10.14% on $15,000.00; Claim# 1; Filed: $15,000.00; Reference: | 7200-000 | | 1,522.07 | 0.00 |

|   |   |   |
|---|---|---|
| **ACCOUNT TOTALS** | 6,800.00 | 6,800.00 | $0.00 |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | 6,800.00 | 6,800.00 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$6,800.00** | **$6,800.00** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******2166** | **6,800.00** | **6,800.00** | **0.00** |
| | **$6,800.00** | **$6,800.00** | **$0.00** |

{} Asset reference(s)

Printed: 12/16/2018 03:14 PM    V.14.14